## MANASSEH BROWN *vs.* HUMPHREY LAKEMAN.

An action for a malicious criminal prosecution will not lie, if such prosecution was terminated by the entry of a *nolle prosequi*.

THIS action came from the court of common pleas, upon exceptions to the ruling of the presiding judge, sustaining a demurrer to the declaration. The whole case appears in the opinion.

*G. Haskell*, for the plaintiff.

*S. H. Phillips*, for the defendant.

SHAW, C. J. In this action for a malicious prosecution, for an alleged false and groundless prosecution of the plaintiff by the defendant, by procuring him to be indicted for a nuisance, the plaintiff alleges in his declaration that said prosecution was terminated by a *nolle prosequi*. To this, the defendant has demurred generally.

We have so recently decided, in a case attracting considerable interest, that an action for a malicious prosecution in

causing the plaintiff to be indicted, will not lie, when the discharge from such indictment has been by *nolle prosequi*, that it seems hardly necessary to do more than refer to the case of *Parker* v. *Farley*, 10 Cush. 279. But we have examined the cases cited by the plaintiff's counsel, and instead of being opposed to that decision, we think they confirm it. In *Morgan* v. *Hughes*, 2 T. R. 231, Buller, J. says : " Saying that the plaintiff was ' discharged' is not sufficient; it is not equal to the word ' acquitted.' When this word is used, it must be understood in the legal sense, namely, by a jury on the trial." In *Wickes* v. *Fentham*, 4 T. R. 247, there was an acquittal by the jury, though it was founded on a defect in the indictment. In *Pippet* v. *Hearn*, 5 Barn. & Ald. 634, there had been an acquittal by the jury, and the question of discharge by a *nolle prosequi* did not arise. *Secor* v. *Babcock*, 2 Johns. 203, was a case where the magistrate had power finally to acquit and discharge, and did discharge the plaintiff, so that there was no indictment, nor had even a complaint been laid before the grand jury. The cases are summed up, and the doctrine is thus stated in 2 Stark. Ev. (Metcalf's ed.) 490 : " It must appear that the plaintiff was acquitted of the charge; it is not sufficient to prove that the proceeding was stayed by the *nol. pros.* of the attorney general."

*Demurrer sustained.*